USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/03/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ X
:
HFC ACCEPTANCE, LLC,                                               :
:
                              Plaintiff.        :        23-MC-472 (VEC)
:
       -against-                                                  :        ORDER
:
AEZ RENT A CAR LLC, ICR GROUP LLC, JHRC        :
CORP., THE BAR, LLC, WCR GROUP, LLC, YTS       :
GROUP, LLC, and YITZCHOK M. BIRNHACK,          :
:
                            Defendants.       :
:
------------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

    WHEREAS on December 20, 2023, the Receiver filed the Complaint and Order appointing the Receiver, Dkt. 1;

    WHEREAS no filings have been made since December 20, 2023;

    WHEREAS on May 28, 2024, the Court ordered the Receiver to show cause by May 31, 2024, why this case should not be closed, Dkt. 3; and

    WHEREAS no response was filed by the May 31, 2024, deadline.

    IT IS HEREBY ORDERED that the Clerk of Court is respectfully directed to CLOSE the case.

**SO ORDERED.**

**Date: June 3, 2024**
**New York, NY**
                                              **VALERIE CAPRONI**
                                              **United States District Judge**

1