UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

HFC ACCEPTANCE, LLC,

                              Plaintiff.                  23-MC-472 (VEC)

            -against-                          ORDER

AEZ RENT A CAR LLC, ICR GROUP LLC, JHRC CORP., THE BAR, LLC, WCR GROUP, LLC, YTS GROUP, LLC, and YITZCHOK M. BIRNHACK,

                              Defendants.

------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

      WHEREAS on September 18, 2024, the Court issued an order requiring the Receiver to show cause why this case should not be dismissed not later than September 25, 2024 (Dkt. 7); and

      WHEREAS the Receiver has made no filings since May 30, 2024.

      IT IS HEREBY ORDERED that this case is DISMISSED. The Clerk of the Court is respectfully directed to close the case.

**SO ORDERED.**

Date:  **September 26, 2024**
        **New York, NY**

                                                    **VALERIE CAPRONI**
                                                 **United States District Judge**